UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHRISTIAN,

        Plaintiff,

                                                   Case No. 1:10-cv-1131

v.

                                                   HONORABLE PAUL L. MALONEY

CERTEGY PAYMENT
RECOVERY SERVICES, INC.,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Certegy Payment Recovery Services, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Certegy Payment Recovery Services, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: December 9, 2010                                    /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge